JANULYN MCKANIC, Appellant, v AMIGOS DEL MUSEO DEL BARRIO, Respondent.

Decided April 5, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

JAMES L. MELCHER, Appellant, v APOLLO MEDICAL FUND MANAGEMENT L.L.C. et al., Respondents.

Submitted February 14, 2011; decided April 5, 2011

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

In the Matter of DANNY MONTES, Appellant, v NORMAN BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted January 31, 2011; decided April 5, 2011

Motion for leave to appeal granted. Motion for poor person relief granted.